# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

WENDY LEE BIVINS,

Debtor.

Case No. A05-00309-DMD
Chapter 7

**Filed On 9/22/06**

## MEMORANDUM REGARDING LIEN AVOIDANCE

The debtor filed for Chapter 7 bankruptcy relief on March 23, 2005. She listed her home in Palmer as an asset with a market value of $83,500.00 and debt of $87,812.86. Her value was based on the assessed value of the Matanuska-Susitna Borough for 2004. The Borough has increased its assessed value of the home in 2005 and 2006. The assessed value of the home in 2005 was $96,600.00; in 2006 it was $125,100.00. Ms. Bivins moved to avoid certain judicial liens under 11 U.S.C. § 522(f) on July 13, 2006. Michael Palmquist d/b/a Allied Communications has objected to the motion. Palmquist holds a judgment lien in the sum of $1,570.96.

11 U.S.C. § 522(f)(2)(A) provides:

> For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of–
>
> (i) the lien;
> (ii) all other liens on the property; and
> (iii) the amount of the exemption that the debtor could claim if there were no liens on the property;
>
> exceeds the value that the debtor's interest in the property would have in the absence of any liens.

Here the lien amount of Mr. Palmquist is $1,570.96 plus interest. The principal amount of other liens on the property was at least $97,606.40. The debtor's prior schedules understated the debt due Farmer's Home Administration because she failed to include subsidies that are payable in the event of a sale of the home. The August 7, 2006 FHA payoff figures total $97,606.40. The amount of the exemption that the debtor could claim if there were no liens on the property is $15,000.00 under 11 U.S.C. § 522(d)(1). The liens and the exemption total $114,177.36. The house was only worth $83,500.00 when the case was filed. The petition date is the operative date for determining the value of the debtor's property.[1] The liens and the exemption exeed the value of the home by $30,677.36. Mr. Palmquist's lien impairs the debtor's homestead exemption. His lien will be avoided.

DATED: September 21, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:   J. Carney, Esq.
P. Hefferan, Esq.
W. Barstow, Trustee
U. S. Trustee

9/22/06

---

[1] *In re Salanoa*, 263 B.R. 120 (Bankr. S.D. Cal. 2001).

2